IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2006 FEB 15  A 10: 26

ONEIL ANTHONY CLARKE,

    Petitioner,

v.                                         CIVIL ACTION NO.: CV205-229

Warden NELSON,

    Respondent.

## ORDER

Respondent has moved to dismiss Petitioner's action which was brought pursuant to 28 U.S.C. § 2254. Respondent asserts that Petitioner's Motion is untimely.

Petitioner is hereby **ORDERED** to file any objections to the Respondent's motion for a dismissal, or to otherwise inform the court of his decision not to object to Respondent's motion within twenty (20) days of the date of this Order. Should Petitioner not timely respond to Respondent's motion, the Court will determine that there is no opposition to the motion and grant the motion as unopposed.

**SO ORDERED**, this 15th day of February, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE